# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-166
Lower Tribunal No. CF19-004615-XX

_____

DONALD BERNARD REID,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Michael P. McDaniel, Judge.

November 21, 2023

PER CURIAM.

AFFIRMED.

NARDELLA, MIZE and BROWNLEE, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Andrea Flynn Mogensen, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Samuel R. Mandelbaum, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED